IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NU-PHARM INC.
50 Mural Street, Units 1 and 2
Richmond Hill, Ontario L4B I E4,

        Plaintiff,

v.

FOOD AND DRUG ADMINISTRATION
5600 Fishers Lane
Rockville, Maryland 20857,

MICHAEL O. LEAVITT
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201, and

ANDREW C. VON ESCHENBACH, M.D.
Commissioner of Food and Drugs
5600 Fishers Lane
Rockville, Maryland 20857,

        Defendants.

Case No.

**FILED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

## CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Nu-Pharm Inc. ("Nu-Pharm"), certify to the best of my knowledge and belief that Ontario corporation, 1314138 Ontario Inc., is the parent corporation of Nu-Pharm, and that no other corporation owns 10% or more of Nu-Pharm stock. I further certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Nu-Pharm which have any outstanding securities in the hands of the public:

        None.

These representations are made in order that judges of this court may determine the need for recusal.

2

Dated: January 14, 2008.                    Respectfully submitted,

                                                                 NU-PHARM INC.

                                                                 By: _____
                                                                              One of its attorneys

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
Lara E. FitzSimmons
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Nu-Pharm Inc.*