UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NU-PHARM INC., | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 08-0070 (RWR) |
|  | ) | |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Drake Cutini as counsel for the defendants, the Food and Drug Administration; Michael O. Leavitt, Secretary of Health and Human Services; and Andrew C. VonEschenbach, M.D., Commissioner of Food and Drugs, in the above-captioned action.

Respectfully submitted,

Of Counsel:

DANIEL MERON
General Counsel

SHELDON T. BRADSHAW
Chief Counsel, Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

WENDY S. VICENTE
Associate Chief Counsel

U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-7138

Dated:  January 16, 2008

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

EUGENE M. THIROLF
Director
Office of Consumer Litigation

           /s/
DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
202-307-0044
drake.cutini@usdoj.gov