AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NU-PHARM INC.

        Plaintiff(s)

vs.

FOOD AND DRUG ADMIN., ET AL.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:08-CV-00070

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael D. Hays__ as counsel in this
                           (Attorney's Name)

case for: __NU-PHARM INC.__
            (Name of party or parties)

__1-23-08__
Date

__#932418__
BAR IDENTIFICATION

_Michael Hays_ (signature)
Signature

Michael D. Hays, Dow Lohnes PLLC
Print Name

1200 New Hampshire Ave., NW
Address

Washington   DC   20036
City      State      Zip Code

202-776-2711
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of Michael D. Hays was served this 23rd day of January, 2008, via the Court's CM/ECF filing system on the following counsel:

>William A. Rakoczy
>Rakoczy Molino Mazzochi Siwik, LLP
>6 West Hubbard Street
>Suite 500
>Chicago, IL 60610
>
>Drake S. Cutini
>Department of Justice
>Office of Consumer Litigation
>P.O. 386
>Washington, DC 20044
>
>Christopher Scott Perry
>Jones Day
>51 Louisiana Avenue, NW
>Washington, DC 20001-2113

>/s/ Daniel D. Prichard
>Daniel D. Prichard