A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NU-PHARM INC.

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
|  | ) |
| vs. | ) |
| FOOD AND DRUG ADMIN., ET AL. | ) |
|  | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER   1:08-CV-00070

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Daniel D. Prichard___ as counsel in this
                                    (Attorney's Name)

case for: ___NU-PHARM INC.___
              (Name of party or parties)

___1.23.08___
Date

___#476449___
BAR IDENTIFICATION

___[signature]___
Signature

Daniel D. Prichard, Dow Lohnes PLLC
Print Name

1200 New Hampshire Ave., NW
Address

Washington DC   20036
City          State          Zip Code

202-776-2374
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of Daniel D. Prichard

was served this 23rd day of January, 2008, via the Court's CM/ECF filing system on the

following counsel:

> William A. Rakoczy
> Rakoczy Molino Mazzochi
> Siwik, LLP
> 6 West Hubbard Street
> Suite 500
> Chicago, IL 60610
>
> Drake S. Cutini
> Department of Justice
> Office of Consumer Litigation
> P.O. 386
> Washington, DC 20044
>
> Christopher Scott Perry
> Jones Day
> 51 Louisiana Avenue, NW
> Washington, DC 20001-2113

/s/ Daniel D. Prichard
Daniel D. Prichard