**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NU-PHARM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and ANDREW )<br>C. VON ESCHENBACH, M.D., )<br>Commissioner of Food and Drugs, )<br>)<br>Defendants, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, )<br>)<br>Defendant-Intervenor. )<br>) | Civil Action No. 1:08-CV-00070<br><br>Judge Richard W. Roberts |

## MOTION FOR ADMISSION PRO HAC VICE OF JASON G. WINCHESTER

Pursuant to Local Rule 83.2, the undersigned counsel moves the admission *pro hac vice* of Jason G. Winchester of the law firm of Jones Day, 77 W. Wacker Drive, Suite 3500, Chicago, Illinois 60601, to represent Defendant-Intervenor Abbott Laboratories in this matter. In support of this motion, Mr. Winchester submits the attached declaration.

CHI-1629101v1

Dated: January 24, 2008                             Respectfully submitted,


                                                    s/ Christopher S. Perry
                                                    *Gregory A. Castanias  (441129)
                                                       Email: gcastanias@jonesday.com
                                                    Christopher S. Perry (503039)
                                                       Email: csperry@jonesday.com
                                                    JONES DAY
                                                    51 Louisiana Avenue, N.W.
                                                    Washington, D.C.  20001-2113
                                                    Tel: 1.202.879.3939
                                                    Fax: 1.202.626.1700

                                                    *Lead Counsel

                                                    OF COUNSEL
                                                    Daniel E. Reidy
                                                    James R. Daly
                                                    Jason G. Winchester
                                                    JONES DAY
                                                    77 W. Wacker Dr., Suite 3500
                                                    Chicago, IL  60601-1692
                                                    Tel: 1.312.782.3939
                                                    Fax: 1.312.782.8585

                                                    *Attorneys for Defendant-Intervenor Abbott Laboratories*

CHI-1629101v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed a copy of the foregoing *Motion for Admission Pro Hac Vice of Jason G. Winchester* and supporting documents with the Clerk of the Court via the CM/ECF system, which will send notice electronically to the following counsel of record:

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
wrakoczy@rmmslegal.com

Drake Cutini
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., N.W.
Washington, D.C. 20004
drake.cutini@usdoj.gov

Michael D. Hays
Daniel D. Prichard
DOW LOHNES PLLC
1200 New Hampshire Ave., NW
Washington, D.C.  20036
mhays@dlalaw.com
dprichard@dowlohnes.com

s/ Christopher S. Perry
Attorney for Abbott Laboratories

<u>**DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**</u>

Pursuant to Local Civil Rule 83.2, I, Jason G. Winchester, state the following:

1. My office address is 77 West Wacker Drive, Suite 3500, Chicago, Illinois, 60601, and my office telephone number is (312) 782-3939.

2. I have been admitted to the bars of the following courts:

   Supreme Court of Illinois (1996)

   U.S. District Court for the Northern District of Illinois (1996)

   U.S. Court of Appeals for the Seventh Circuit (2000)

   U.S. Court of Appeals for the Federal Circuit (2001)

   U.S. Court of Appeals for the First Circuit (2004)

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* within this Court within the past two years.

5. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Date: January 24, 2008

*[signature]*
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Fax: (312) 782-8585

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NU-PHARM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> MICHAEL O. LEAVITT, Secretary of ) <br> Health and Human Services, and ANDREW ) <br> C. VON ESCHENBACH, M.D., ) <br> Commissioner of Food and Drugs, ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, ) <br> ) <br> Defendant-Intervenor. ) | Civil Action No. 1:08-CV-00070 <br><br> Judge Richard W. Roberts |

**[PROPOSED] ORDER**

The Court having considered Abbott Laboratories' Motion for Admission Pro Hac Vice of Jason G. Winchester and the documents submitted by Abbott in support of that motion,

It is therefore ORDERED that the motion is hereby GRANTED and Jason G. Winchester is hereby GRANTED leave to appear pro hac vice in the above-captioned action on behalf of Abbott.

SO ORDERED

Date:_____     _____
                                 U.S. District Court Judge Richard W. Roberts

CHI-1629101v1