**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NU-PHARM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> MICHAEL O. LEAVITT, Secretary of ) <br> Health and Human Services, and ANDREW ) <br> C. VON ESCHENBACH, M.D., ) <br> Commissioner of Food and Drugs, ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, ) <br> ) <br> Defendant-Intervenor. ) | Civil Action No. 1:08-CV-00070 <br><br> Judge Richard W. Roberts |

### MOTION FOR ADMISSION PRO HAC VICE OF DANIEL E. REIDY

Pursuant to Local Rule 83.2, the undersigned counsel moves the admission *pro hac vice* of Daniel E. Reidy of the law firm of Jones Day, 77 W. Wacker Drive, Suite 3500, Chicago, Illinois 60601, to represent Defendant-Intervenor Abbott Laboratories in this matter. In support of this motion, Mr. Reidy submits the attached declaration.

CHI-1629101v1

Dated: January 24, 2008                               Respectfully submitted,


                                                                s/ Christopher S. Perry
                                                                *Gregory A. Castanias  (441129)
       Email: gcastanias@jonesday.com
Christopher S. Perry (503039)
   Email: csperry@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Tel: 1.202.879.3939
Fax: 1.202.626.1700

*Lead Counsel

<u>OF COUNSEL</u>
Daniel E. Reidy
James R. Daly
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL  60601-1692
Tel: 1.312.782.3939
Fax: 1.312.782.8585

*Attorneys for Defendant-Intervenor Abbott Laboratories*

CHI-1629101v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed a copy of the foregoing *Motion for Admission Pro Hac Vice of Daniel E. Reidy* and supporting documents with the Clerk of the Court via the CM/ECF system, which will send notice electronically to the following counsel of record:

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
wrakoczy@rmmslegal.com

Drake Cutini
U.S. Department of Justice
Office of Consumer Litigation
Room 950 North
1331 Pennsylvania Ave., N.W.
Washington, D.C. 20004
drake.cutini@usdoj.gov

Michael D. Hays
Daniel D. Prichard
DOW LOHNES PLLC
1200 New Hampshire Ave., NW
Washington, D.C. 20036
mhays@dlalaw.com
dprichard@dowlohnes.com

s/ Christopher S. Perry
Attorney for Abbott Laboratories

CHI-1629101v1

## DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Civil Rule 83.2, I, Daniel E. Reidy, state the following:

1.   My office address is 77 West Wacker Drive, Suite 3500, Chicago, Illinois, 60601, and my office telephone number is (312) 782-3939.

2.   I have been admitted to the bars of the following courts:

> Supreme Court of Illinois (1974)
>
> U.S. District Court for the Northern District of Illinois (1974)
>
> U.S. Court of Appeals for the Seventh Circuit (1975)
>
> U.S. District Court for the Northern District of Florida (1992)
>
> U.S. Court of Appeals for the Eleventh Circuit (1992)
>
> U.S. Court of Appeals for the Federal Circuit (1994)
>
> U.S. District Court for the Central District of Illinois (1995)
>
> U.S. District Court for the Eastern District of Wisconsin (1997)
>
> U.S. District Court for the Southern District of Illinois (2002)
>
> U.S. Court of Appeals for the First Circuit (2004)

3.   I have not been disciplined by any bar.

4.   I have not been admitted *pro hac vice* within this Court within the past two years.

5.   I further certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Date: January 24, 2008

/s/ Daniel E. Reidy
Daniel E. Reidy
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Fax: (312) 782-8585

CHI-1629101v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NU-PHARM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION, )<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and ANDREW )<br>C. VON ESCHENBACH, M.D., )<br>Commissioner of Food and Drugs, )<br>)<br>Defendants, )<br>)<br>v. )<br>)<br>ABBOTT LABORATORIES, )<br>)<br>Defendant-Intervenor. ) | Civil Action No. 1:08-CV-00070<br><br>Judge Richard W. Roberts |

## **[PROPOSED] ORDER**

The Court having considered Abbott Laboratories' Motion for Admission Pro Hac Vice of Daniel E. Reidy and the documents submitted by Abbott in support of that motion,

It is therefore ORDERED that the motion is hereby GRANTED and Daniel E. Reidy is hereby GRANTED leave to appear pro hac vice in the above-captioned action on behalf of Abbott.

SO ORDERED

Date:_____          _____
                                                                    U.S. District Court Judge Richard W. Roberts

CHI-1629101v1