UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NU-PHARM INC.,                )
                              )
    Plaintiff,              )
                              )
    v.                      )   Civil Action No. 08-70 (RWR)
                              )
FOOD & DRUG ADMIN., <u>et al.</u>,  )
                              )
    Defendants.             )
_____)

### <u>ORDER</u>

For the reasons stated on the record in open court on January 24, 2008 during a hearing in this case at which counsel for all parties appeared, it is hereby

ORDERED that Nu-Pharm Inc.'s motion for temporary restraining order and/or preliminary injunction, and request for emergency relief pending appeal [3], be, and hereby are, DENIED. It is further

ORDERED that the complaint be, and hereby is, DISMISSED. This is a final, appealable order.

SIGNED this 24th day of January, 2008.


                                                                           /s/
                                        RICHARD W. ROBERTS
                                        United States District Judge