IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NU-PHARM INC.,                                   )<br>                                                  )<br>         Plaintiff,                              )     Case No. 1:08-cv-00070 (RWR)<br>   v.                                             )<br>                                                  )<br>FOOD AND DRUG ADMINISTRATION,                     )<br>MICHAEL O. LEAVITT, Secretary of Health           )<br>and Human Services, and                           )<br>ANDREW C. VON ESCHENBACH, M.D.,                   )<br>Commissioner of Food and Drugs,                   )<br>                                                  )<br>         Defendants,                             )<br>   and                                            )<br>                                                  )<br>ABBOTT LABORATORIES,                              )<br>                                                  )<br>         Intervenor-Defendant.                    )<br>                                                  ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nu-Pharm Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order in this action entered January 24, 2008, which denied Nu-Pharm's motion for a temporary restraining order and/or preliminary injunction, denied Nu-Pharm's request for emergency relief pending appeal, and dismissed Nu-Pharm's complaint, and from all interlocutory and other orders entered prior to entry of such order, including any oral orders or opinions embodied in the Court's January 24, 2008 hearing transcript.

-2-

Pursuant to 28 U.S.C. § 1657(a), the Court is required to expedite the consideration of this action for temporary restraining order and preliminary injunction.

Dated: January 29, 2008.                    Respectfully submitted,

                                            NU-PHARM INC.

                                    By: _/s/ Michael Hays_____
                                            One of its attorneys

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
Lara E. FitzSimmons
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

Michael D. Hays, D.C. Bar No. 932418
Daniel D. Prichard, D.C. Bar No. 476449
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C. 20036
(202) 776-2000
(202) 776-2222 (facsimile)

*Counsel for Nu-Pharm Inc.*