AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nu-Pharm Inc.

Plaintiff,

V.

Food and Drug Administration
Michael O. Leavitt, and
Andrew C. von Eschenbach,

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 4 2008
CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/31/08 |
| NAME OF SERVER (PRINT) Jacob Lubetkin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: served to Jeffrey Taylor at U.S. Attorney's Office for D.C. — 555 4th Street, N.W. Washington, D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/31/08
             Date

Signature of Server: Jacob

Address of Server: 1200 New Hampshire Ave., N.W.
Washington, D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.