AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nu-Pharm Inc.

Plaintiff,

V.

Food and Drug Administration
Michael O. Leavitt, and
Andrew C. von Eschenbach,

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Michael B. Mukasey
Attorney General of the United States of America
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-00001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 14 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 2/1/08 |
| NAME OF SERVER *(PRINT)* Jacob Lubetkin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/1/08__　　__[signature]__
　　　　　　　　Date　　　　Signature of Server

1200 New Hampshire Ave., N.W. Suite 800
_Address of Server_
Washington D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0004 2603 7437

Article Sent To:
Michael Mukasey

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NATIONAL CAPITOL STA, WASHINGTON DC, FEB 2008

Name (Please Print Clearly) (to be completed by mailer)
Michael Mukasey
Street, Apt No.; or PO Box No.
Dept of Justice, 950 PA Ave, NW
City, State, ZIP+4
WDC 20530-0001

PS Form 3800, July 1999          See Reverse for Instructions

| **SENDER:**<br>■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to:<br>Michael B. Mukasey<br>Attorney General - USA<br>United States Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 4a. Article Number<br>7099 3400 0004 2603 7437<br>4b. Service Type<br>☐ Registered    ☒ Certified<br>☐ Express Mail    ☐ Insured<br>☐ Return Receipt for Merchandise ☐ COD<br>7. Date of Delivery |
| 5. Received By: *(Print Name)*<br>FEB 0 6 2008 | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |

PS Form **3811**, December 1994    102595-98-B-0229    Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nu-Pharm Inc.

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration,
Michael O. Leavitt, and
Andrew C. von Eschenbach,

Defendants.

CASE NU[MBER]

Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Andrew C. von Eschenbach, M.D.
Commissioner of Food and Drugs
5600 Fishers Lane
Rockville, MD 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JAN 1 4 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/1/08 |
| NAME OF SERVER *(PRINT)* Jacob Lubetkin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/1/08
             Date               Signature of Server

1200 New Hampshire Ave., N.W. Suite 800
Address of Server
Washington D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Andrew V<sup>n</sup> Eschenbach

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NATIONAL CAPITOL STA. WASHINGTON, DC 20013, USPS, FEB 2008

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999                See Reverse for Instructions

| SENDER:<br>■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to:<br>Andrew C. von Eschenbach<br>Commissioner of Food M. Drugs,<br>5600 Fishers Lane<br>Rockville, MD 20857<br>FEB 08 | 4a. Article Number<br>7099 3400 0004 2610 2623<br>4b. Service Type<br>☐ Registered    ☒ Certified<br>☐ Express Mail    ☐ Insured<br>☐ Return Receipt for Merchandise   ☐ COD<br>7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |
| PS Form **3811**, December 1994    102595-98-B-0229 | Domestic Return Receipt |

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nu-Pharm Inc.

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration
Michael O. Leavitt, and
Andrew C. von Eschenbach,

Defendants.

Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary of Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 4 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 2/1/08 |
| NAME OF SERVER (PRINT) Jacob Lubetkin || TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
            Date

Signature of Server

Address of Server: 1200 New Hampshire Ave., N.W. Suite 800
Washington D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
~~Food & Drug~~ Michael Leavitt

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark — USPS NATIONAL CAPITOL STA, WASHINGTON DC 20013, FEB 2008

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999                See Reverse for Instructions

| **SENDER:**<br>■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to:<br>Michael O. Leavitt<br>Secretary of Health & Human services<br>200 Independence Ave., SW<br>Washington, DC 20201 | 4a. Article Number<br>7099 3400 0004 2610 2654<br>4b. Service Type<br>☐ Registered      ☒ Certified<br>☐ Express Mail    ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD<br>7. Date of Delivery<br>2-5-08 |
| 5. Received By: *(Print Name)*<br>Lawrence | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |

PS Form **3811**, December 1994      102595-98-B-0229     Domestic Return Receipt

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nu-Pharm Inc.

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Food and Drug Administration,
Michael O. Leavitt, and
Andrew C. von Eschenbach,

Defendants.

CASE   Case: 1:08-cv-00070
Assigned To : Roberts, Richard W.
Assign. Date : 1/14/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Food and Drug Adminstration
5600 Fishers Lane
Rockville, MD  20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60610

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JAN 1 4 2008

CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/1/08 |
| NAME OF SERVER (PRINT) Jacob Lubetkin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
            *Date*

Signature of Server

1200 New Hampshire Ave., N.W. Suite 800
*Address of Server*
Washington D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Food & Drug

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NATIONAL CAPITOL STA, WASHINGTON DC 20013, USPS, FEB

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999                    See Reverse for Instructions

| SENDER: | |
|---|---|
| ■ Complete items 1 and/or 2 for additional services.<br>■ Complete items 3, 4a, and 4b.<br>■ Print your name and address on the reverse of this form so that we can return this card to you.<br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. |
| 3. Article Addressed to:<br>Food & Drug Administration<br>5600 Fishers Lane<br>Rockville, MD 20857 | 4a. Article Number<br>7299 3400 0004 2610 2685<br>4b. Service Type<br>☐ Registered  ☒ Certified<br>☐ Express Mail  ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD<br>7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X | |

PS Form **3811**, December 1994      102595-98-B-0229      Domestic Return Receipt